FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 7 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Your name: Ann Garcia
Address: 211 N 3rd PL
City, State, Zip: Avondale, Arizona 85323
Telephone #: 623-695-1030

In the United States District Court
for the District of Arizona

CV-14-02225-PHX-MEA

Ann Garcia

Demand for Jury Trial

VS.

The Salvation Army

(1) Complaint: Retaliation, failure to investigate internal Grievances alledging Disparate treatment, and other Complaints

(2) Disparate treatment: After I left my Supervisor's Church Denomination of which my Supervisor was also the Pastor, there was a difference in the way I was treated from other fellow Employees who where Church Workers/members concerning discipline, access to work related transportation among other things.

## Jurisdiction

These complaints are filed in this US District Court By a Right to Sue letter by EEOC of Phoenix after an investigation.

This right to sue letter is included in the complaint.

(3) Hostile Work environment; my Supervisor willingly allowed and Contributed to a Hostile work environment by not stepping in and Correcting disputes and tension between Workers.

(4) Retaliatory Discharge: After the EEOC investigation ended, I was terminated for what I Believe was a Bad faith Effort by Employer in me wanting to resolve a Grievance Request through an ADA accomadation.
While this Grievance was still active I was denied my request and terminated

(1) Demand for loss of Earnings + Hospital Expenses

(2) For punitive + exemplary damages as allowed by law.

Ann Harbin      10/7/2014

**U.S. EQuAL EMPLOYMENT OPPORTUNITY COMMISSION**
Phoenix District Office

3300 N. Central Avenue, Suite 690
Phoenix, AZ  85012-2504
Phoenix Direct Dial:  (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

Ann M. Garcia
P.O. Box 581
Avondale, AZ 85323

Subject:  Dismissal of Charge

Charge Number:  540-2014-00317

Dear Ms. Garcia:

We have completed a preliminary review of your case.  At this time, the information in the file does not indicate that any further investigation of your case would necessarily result in any finding of discrimination.  Consequently, we have decided that the Equal Employment Opportunity Commission (EEOC) will not investigate this case any further. This letter, and the enclosed documents, will dismiss your case from further action by the EEOC.

This dismissal is not a statement on the merits of your case.  You still have rights under Federal law to privately pursue this matter in Federal Court.  We have enclosed a Dismissal and Notice of Right to Sue form with this letter.  This form will explain your rights.  Please note that *you have only 90 days from the date that delivery of the Notice was <u>attempted</u> at your last known address of record or 90 days of receipt of the Notice, whichever is earlier, to file suit in Federal Court, or you will lose your right to file a lawsuit against the respondent named in your charge.*

If you have any questions, please feel free to contact me at (602) 640-5028.

Sincerely,

JUL 0 ? 2014
Date

Jeremy A. Yubeta
Supervisor

Enclosure

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Ann M. Garcia<br>P.O. Box 581<br>Avondale, AZ 85323 | **From:** Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2014-00317 | Jeremy A. Yubeta,<br>Supervisory Investigator | (602) 640-5028 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]* Rayford O. Irvin

JUL [ ] [ ]

Enclosures(s)

Rayford O. Irvin,
District Director

*(Date Mailed)*

cc: **THE SALVATION ARMY**
c/o Christie Kriegsfeld, Esq.
Littler Mendelson, PC
2425 E Camelback Rd., Suite 900
Phoenix, AZ 85016