**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Garcia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Salvation Army,<br><br>　　　　　Defendant. | No. CV-14-02225-PHX-DGC<br><br>**ORDER** |

At the request of the parties, a telephonic discovery conference is set in this case for **February 2, 2016 at 3:30 p.m.** before the Honorable David G. Campbell, 401 West Washington Street, Phoenix, Arizona 85004. Counsel for Defendant shall initiate a conference call to include the pro se parties, Defendants, and the Court.

Dated this 22nd day of January, 2016.

_____
David G. Campbell
United States District Judge