# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Garcia,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Salvation Army,<br><br>　　　　Defendant. | **NO. CV-14-02225-PHX-DGC**<br>**CV-15-01444-PHX-DGC**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 12, 2016, which granted Salvation Army's Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 12, 2016

　　　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　　By　　　Deputy Clerk